People v Pickett (2024 NY Slip Op 50720(U))

[*1]

People v Pickett (Timothy)

2024 NY Slip Op 50720(U)

Decided on June 13, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 13, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570216/19

The People of the State of New York, Respondent,
against
Timothy Pickett, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Bahaati E. Pitt, J.), rendered March 25, 2019, convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the seventh degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Bahaati E. Pitt, J.), rendered March 25, 2019, reversed, on the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the accusatory instrument charging defendant with seventh-degree criminal possession of a controlled substance (see Penal Law § 220.03), was jurisdictionally defective and must be dismissed, since the factual allegations were insufficient to establish that defendant possessed a "controlled substance."
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2024